New York Security and Trust Company, Appellant, *v.* Ernest Lipman et al., Respondents.

(Argued October 16, 1893; decided October 27, 1893.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made July 5, 1893, and modified July 21, 1893, which reversed an order of Special Term granting an application by plaintiff for an injunction.

*Howard A. Taylor* for appellant.

*Antonio Knauth* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Application of the Board of Street Opening, etc., Relative to the Opening of 127th Street from the Boulevard to Manhattan Street in the City of New York.

(Argued October 16, 1893; decided October 27, 1893.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made the first Monday of April, 1893, which reversed an order of Special Term confirming the report of a referee and which sustained exceptions thereto on the part of the petitioner.

*George G. Munger* for appellants.

*Henry A. Powell* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.